LAZARE POTTER & GIACOVAS LLP
ROBERT A. GIACOVAS, ESQ.
ANNA PIA D. NICOLAS, ESQ.
875 THIRD AVENUE, 28TH FLOOR
NEW YORK, NEW YORK 10022
Telephone: (212) 758-9300
Facsimile:  (212) 888-0919

Attorneys for Creditor, Annette Kleinfeld

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Herman Segal, | ) |
| | ) No.: 13-45519 (NHL) |
| | ) |
| Debtor | ) ECF |
| | ) |
| | ) |
| | ) **NOTICE OF APPEARANCE** |
| | ) |
| | ) |

TO THE CLERK OF THE COURT and all parties of record,

Enter my appearance as counsel of record for one of the creditors of the debtor, Herman Segal

Annette Kleinfeld

I certify that I am admitted to practice in this court.

Dated: New York, New York
        September 23, 2014

                                                 LAZARE POTTER & GIACOVAS LLP

                                                 By:    /s/ Robert A. Giacovas
                                                         Robert A. Giacovas
                                                         Bar No. 218463
                                                         875 Third Avenue, 28th Floor
                                                         New York, New York 10022
                                                         (212) 758-9300
                                                         Attorneys for Creditor Annette Kleinfeld