**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
In re                                                                      :
                                                                                 :          Chapter 7
HERMAN SEGAL,                                                 :
                                                                                 :          Case No. 13-45519 (NHL)
                                        Debtor.                    :
------------------------------------------------------------x

### ORDER, PURSUANT TO FED. R. BANKR. P. 2004, AUTHORIZING THE TRUSTEE TO EXAMINE AND OBTAIN DOCUMENTS FROM CERTAIN INDIVIDUALS AND ENTITIES RELATED TO THE DEBTOR'S OR HIS ENTITY'S ACQUISITION AND SALE OF THE REAL PROPERTY LOCATED AT 1171 EASTERN PARKWAY, BROOKLYN, NEW YORK

Upon the application (the "Application") of Richard E. O'Connell, Chapter 7 trustee (the "Trustee") of the estate of Herman Segal (the "Debtor"), for entry of an order (the "Proposed Order"), pursuant to Fed. R. Bankr. P. 2004, authorizing the Trustee to examine and obtain documents from those individuals and entities identified on Exhibit A to the Application, including Chaim Mandelbaum, a/k/a Charles Mandelbaum, Parkway Starlight LLC, The Peabody Group, LLC, Joseph Zelik, DLJ Mortgage Capital, Inc. and Methlyn Green (each an "Examinee," collectively, the "Examinees"), in connection with the Debtor's or his entity's acquisition and post-petition sale of the real property located at 1171 Eastern Parkway, Brooklyn, New York (the "Property"); and sufficient notice of the Application and opportunity for a hearing thereon having been given to each of the Examinees pursuant to the affidavit of service on file with the Court; and it appearing that no other or further notice is required; and after due deliberation and sufficient cause appearing therefore, it is

**ORDERED** that the Application is granted; and it is further

**ORDERED** that pursuant to Bankruptcy Rules 2004 and 9016, the Trustee shall be, and hereby is, authorized to serve subpoena(s) *duces tecum* (collectively, the "Subpoenas"; each a

"Subpoena") upon each of the Examinees; and it is further

**ORDERED**, that each Examinee is directed to either timely comply with the terms of this Order and any Subpoena issued to them or make an appropriate motion for a protective order or to quash any Subpoena; and it is further

**ORDERED**, that unless otherwise ordered by this Court, no Subpoena shall seek the production or inspection of documents or things on less than fourteen (14) days' notice; and it is further

**ORDERED**, that this Court shall retain jurisdiction with respect to any disputes that arise with respect to this Order, or any Subpoena issued hereunder, unless this Court lacks jurisdiction over the witness because the Subpoena is issued from a Court other than this one.



**Dated: November 30, 2014**
**Brooklyn, New York**

_Nancy Hershey Lord_
**Nancy Hershey Lord**
**United States Bankruptcy Judge**