# United States Bankruptcy Court

Eastern District Of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

IN RE:     CASE NO: 1−13−45519−nhl

  Herman Segal

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.:     CHAPTER: 7

  xxx−xx−1269

DEBTOR(s)

## NOTICE OF DENIAL OF DISCHARGE

## NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

Notice is hereby given that:

The above named debtor(s) having filed a petition in bankruptcy under Chapter 7 of the United States Bankruptcy Code on September 10, 2013, and an order denying the discharge of the debtor(s) having been signed by the Honorable Nancy Hershey Lord on January 31, 2015,

You are hereby notified that the above named debtor(s) have been denied a discharge pursuant to Section 727(a) of the Bankruptcy Code.

Dated: February 2, 2015

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLndd** [Notice of Denial of Discharge rev. 07/21/03]