LeCLAIRRYAN, a Professional Corporation
885 Third Avenue, Sixteenth Floor
New York, New York 10022
Telephone:  (212) 430-8032
Michael T. Conway, Esq.
Email: michael.conway@leclairryan.com

Attorneys for Annette Kleinfeld and Alma Kim Green

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
———————————————————————

In re

HERMAN SEGAL,

                 Debtor.
———————————————————————

                 Chapter 7

                 Case No. 13-45519 (NHL)

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Annette Kleinfeld and Alma Kim Green, by and through their undersigned counsel, hereby enter a supplemental notice of appearance pursuant to 11 U.S.C. § 1109 and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

**PLEASE TAKE FURTHER NOTICE** that Annette Kleinfeld and Alma Kim Green hereby request, pursuant to Bankruptcy Rule 2002 that copies of all notices and pleadings given or required to be given, and all papers served or required to be served, be given and served upon the following persons at the address, telephone number and facsimile number indicated:

Michael T. Conway, Esq.
LeCLAIRRYAN, a Professional Corporation
885 Third Avenue, Sixteenth Floor
New York, New York 10022
Telephone:  (212) 430-8032
Facsimile:  (212) 430-8062
Email: michael.conway@leclairryan.com

and

Anna Pia D. Nicolas, Esq.
LAZARE POTTER & GIACOVAS LLP
875 Third Avenue, 28th Floor
New York, New York 10022
Telephone: (212) 758-9300
Facsimile: (212) 888-0919
Email: anicolas@lpgllp.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, plans and disclosure statements, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex, e-mail, Internet, or otherwise filed or made with regard to the above-captioned cases, that affects or seeks to affect in any way any rights or interests of any party in interest in these cases with respect thereto.

**PLEASE TAKE FURTHER NOTICE** that Annette Kleinfeld and Alma Kim Green intend that neither this Notice of Appearance and Request for Service of Papers nor any later appearance, pleading, claim or suit shall waive (i) Annette Kleinfeld and Alma Kim Green's right to have final orders in non-core matters entered only after de novo review by a District Court Judge, (ii) Annette Kleinfeld and Alma Kim Green's right to trial by jury in any proceeding so triable in any case, controversy, or proceeding related to this bankruptcy proceeding, (iii) Annette Kleinfeld and Alma Kim Green's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defense, setoffs, or recoupments to which Annette Kleinfeld and

2

Alma Kim Green are or may be entitled under agreements, in law or in equity, including the right

to contest the jurisdiction of the United States Bankruptcy Court for the Eastern District of New

York over Annette Kleinfeld and Alma Kim Green, all of which rights, claims, actions, defense,

setoffs, and recoupments Annette Kleinfeld and Alma Kim Green expressly reserve.

Dated: New York, New York
        March 10, 2015

                                    LeCLAIR RYAN, a Professional Corporation


                        By:   /s/  Michael T. Conway                
                                Michael T. Conway
                                830 Third Avenue, Fifth Floor
                                New York, New York 10022
                                Telephone:  (212) 430-8032
                                Facsimile:  (212) 430-8062

3