Official Form 17A (12/14)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

Chapter 7

IN RE: Herman Segal

Case #: 1-13-45519-nhL

Debtor

*[Caption as in Form 16A, 16B, or 16D, as appropriate]*

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): __Herman Segal__

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☒ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☒ Debtor
   ☐ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

### Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: __Denied motion to dismiss__

2. State the date on which the judgment, order, or decree was entered: __March 6, 2015__

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: __Office of the United States Trustee__    Attorney: _____

2. Party: __Richard O'Connell Chapt 7 Trustee__    Attorney: __Fred Stevens__

RECEIVED 2015 MAR 20 P 3:49

Official Form 17A (12/14)

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

❑ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

_____  Date: March 20, 2015
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)   Herman Segal Appellant Pro-Se

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):
4115 Quentin Rd
Bklyn NY 11234
917 750 8120

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
───────────────────────────────X
In re:

HERMAN SEGAL,

              Debtor.

───────────────────────────────X

Chapter 7
Case No. 1-13-45519-NHL

### ORDER DENYING MOTION TO DISMISS

      Upon the motion of debtor Herman Segal (the "Debtor") for an order dismissing this chapter 7 bankruptcy case (the "Motion to Dismiss"); and the opposition of Richard E. O'Connell, Trustee of the Debtor's bankruptcy estate; and the Court having considered the arguments and submissions of the Debtor and the Trustee; and the Court having heard testimony at an evidentiary hearing on the Motion to Dismiss; after due deliberation upon the entire record, and in accordance with this Court's Decision Denying Motion to Dismiss; it is hereby

      ORDERED, that the Motion to Dismiss is DENIED.



Dated: March 6, 2015
       Brooklyn, New York

_/s/ Nancy Hershey Lord_
Nancy Hershey Lord
United States Bankruptcy Judge