**KLESTADT WINTERS JURELLER**      **Hearing Date: May 14, 2015**
  **SOUTHARD & STEVENS, LLP**     **Hearing Time: 3:00 p.m. (EST)**
570 Seventh Avenue, 17th Floor
New York, NY 10018
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Fred Stevens
Maeghan J. McLoughlin

*Special Counsel to Richard E. O'Connell,*
   *Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
In re                                           :
                                                :         Chapter 7
HERMAN SEGAL,                  :
                                                :         Case No. 13-45519 (NHL)
                          Debtor.        :
---------------------------------------------------------x

**NOTICE OF AGENDA FOR HEARINGS**
**SCHEDULED FOR THURSDAY, MAY 14, 2015**

Time and Date of Hearing:      **May 14, 2015** at **3:00 p.m.** (prevailing Eastern Time) (the "Hearing").

Location of Hearing:      Courtroom of the Honorable Nancy Hershey Lord, United States Bankruptcy Judge, United States Bankruptcy Court for the Eastern District of New York, 271 Cadman Plaza East, Brooklyn, New York 11201-1800

Copies of Pleadings:      A copy of each of the pleadings may be viewed on the Court's website at www.ecf.nyeb.uscourts.gov

**I.   UNCONTESTED MATTERS**

   **A.** **O'Connell v. Kolp, et al.,** Adv. Pro. No. 14-1140 (NHL) – Adversary Proceeding Seeking (I) Turnover of Real Property at 4115 Quentin Road, (II) Authority to Sell Yocheved Segal's Undivided Interest, if any, (III) Determination of the Extent, Validity and Priority of all Liens Against Property, (IV) Avoidance of Certain Liens and Fraudulent Conveyances, (V) Carve-Out of Mortgages for Trustee's Fees and Costs in Disposing of Property, and (VI) Objection to Claims – Pretrial Conference

      Related Documents:

1. Trustee's Complaint [14-1140 Docket No. 1] (Filed October 22, 2014)

    a. Summons [14-1140 Docket No. 2] (Filed October 23, 2014)

    b. Affidavit of Service re Service on Domestic and International Defendants [14-1140 Docket No. 6] (Filed October 30, 2014)

    c. Supplemental Affidavit of Service re Service on Domestic and International Defendants [14-1140 Docket No. 7] (Filed October 31, 2014)

    d. Notice of Dismissal Without Prejudice Against Defendants First Financial Equities, Inc., GMAC Mortgage, LLC and Bank of America, N.A., Only [14-1140 Docket No. 15] (Filed December 16, 2014)

    e. Answer to Complaint by Dov Buzaglo, Chaim Israel Horvitz, Baruch Klein, Avigdor Landesman, Betzalel Shmuely, Gilad Shteingart, Eliezer Silber, Dov Skibin, David Zeev [14-1140 Docket No. 48] (Filed May 7, 2015)

    **DEFAULTS:** Shlomo Kolp (Judgment Entered January 31, 2015 [Docket No. 29]); Herman Segal; Yitzchok Ovadia; Moshe Meshulvin

2. Yocheved Segal's Answer to Complaint with Counterclaim and Cross-Claims [14-1140 Docket No. 33] (Filed February 19, 2015)

    a. Trustee's Answer to Counterclaims of Yocheved Segal with Affirmative Defenses [14-1140 Docket No. 41] (Filed March 4, 2015)

    b. Annette Kleinfeld's and Alma Kim Green's Answer to Cross-Claims [14-1140 Docket No. 44] (Filed March 11, 2015)

    c. Answer to Cross-claim of Yocheved Segal by Dov Buzaglo, Chaim Israel Horvitz, Baruch Klein, Avigdor Landesman, Betzalel Shmuely, Gilad Shteingart, Eliezer Silber, Dov Skibin, David Zeev [14-1140 Docket No. 49] (Filed May 7, 2015)

    **DEFAULTS:** Yitzchok Ovadia; Moshe Meshulvin

3. Annette Kleinfeld's and Alma Kim Green's Answers, Affirmative Defenses, Counterclaims and Cross-Claims [14-1140 Docket Nos. 45] (Filed March 13, 2015)

      a. Trustee's Answer to Counterclaim of Annette Kleinfeld and Alma Kim Green [14-1140 Docket No. 46] (Filed March 13, 2015)

      b. Answer to Cross-claim of Annette Kleinfeld and Alma Kim Green by Dov Buzaglo, Chaim Israel Horvitz, Baruch Klein, Avigdor Landesman, Betzalel Shmuely, Gilad Shteingart, Eliezer Silber, Dov Skibin, David Zeev [14-1140 Docket No. 50] (Filed May 7, 2015)

**DEFAULTS**: Shlomo Kolp; Herman Segal; Yocheved Segal; Yitzchok Ovadia; and Moshe Meshulvin

4. Cross-Claims by Dov Buzaglo, Chaim Israel Horvitz, Baruch Klein, Avigdor Landesman, Betzalel Shmuely, Gilad Shteingart, Eliezer Silber, Dov Skibin, David Zeev against Yocheved Segal [14-1140 Docket No. 48] (Filed May 7, 2015)

Status: The status conference is going forward. The Trustee intends to note the defaults of Yitzchok Ovadia; Moshe Meshulvin and propose method for seeking default judgments. The Trustee intends to see establishment of discovery deadlines and schedule.

**B. Arnold Young v. Herman Segal, Adv. Pro. No. 14-1122 (NHL) – Adversary Proceeding Objecting to Dischargeability of Debt – Motion to Approve Settlement**

Related Documents:

1. Motion to Compromise Controversy [Docket No. 140; 14-1122 Docket No. 14] (Filed November 24, 2014)

      a. Exhibit and Supplement [Docket No. 148; 14-1122 Docket No. 15] (Filed December 4, 2014)

      b. Amended Notice of Motion [Docket No. 149; 14-1122 Docket No. 16] (Filed December 4, 2014)

      c. Affidavit of Service [Docket No. 150; 14-1122 Docket No. 17] (Filed December 4, 2014)

Status: This motion was adjourned by the Court pending revision to certain terms of the proposed settlement. This matter is going forward.

C. **Grunfeld v. O'Connell, et al.**, Adv. Pro. No. 14-1224 (NHL) – Adversary Proceeding Seeking, Among Other Things, Determination of Who Holds Title to Debtor's Cooperative Apartment in Miami Beach – Pretrial Conference

Related Documents:

1. Grunfeld's Complaint [14-1224 Docket No. 1] (Filed December 3, 2014)

    a. Summons [14-1224 Docket No. 2] (Filed December 4, 2014)

    b. Summons Served Certificate of Service [14-1224 Docket No. 3] (Filed December 12, 2014)

    c. Answer of Robert Steinherz [14-1224 Docket No. 11] (Filed January 9, 2015)

    d. Answer of The Esquire House of M.B., Inc. [14-1224 Docket No. 21] (Filed February 6, 2015)

    e. Answer by Yocheved Segal [14-1224 Docket No. 30] (Filed March 2, 2015)

    **DEFAULTS:** Herman Segal

2. Trustee's (I) Answer to Grunfeld's Complaint with Affirmative Defenses; (II) Counterclaims Against Grunfeld; (III) Cross-Claims Against Herman Segal, Yocheved Segal and Robert Steinherz; and (IV) Third-Party Complaint Against Darlann Demino and John and Jane Does [14-1224 Docket No. 6] (Filed January 5, 2015)

    a. Notice of Deadline to Answer Counterclaims and Cross-Claims [14-1224 Docket No. 7] (Filed January 6, 2015)

    b. Third Party Summons Issued on Darylann Demino and John and Jane Does [14-1224 Docket No. 8] (Filed on January 7, 2015)

    c. Answer to Counterclaims by Larry Grunfeld [14-1224 Docket No. 15] (Filed January 27, 2015)

    d. Answer to Crossclaims by Robert Steinherz [14-1224 Docket No. 19] (Filed February 5, 2015)

    **DEFAULTS:** Herman Segal, Darlyann Demino and John and Jane Does of the Miami Coop.

3. Yocheved Segal's Answer, Counterclaims and Cross-Claims [14-1224

4

Docket No. 30] (Filed March 2, 2015)

    a. Trustee's Answer to Cross-Claims of Yocheved Segal [14-1224 Docket No. 31] (Filed March 4, 2015)

    b. Larry Grunfeld's Answer to Counterclaim [14-1224 Docket No. 36]

Status: This matter is going forward. Defaults exist by Herman Segal, Darylann Demino and the John and Jane Doe occupants of the Miami Coop. The Trustee intends to request short extension of discovery deadlines and discuss scheduled depositions.

**D. Trustee's Motion for an Order, Pursuant to Fed. R. Bankr. P. 2004, Authorizing the Trustee to Examine and Obtain Documents from Ronald Reyes and/or Roderick Reyes and Vicki Pristino [Docket No. 218] (Filed April 30, 2015)**

Related Documents:

1. Affidavit of Service [Docket No. 220] (Filed May 1, 2015)

Status: This matter is going forward.

## II. CONTESTED MATTERS

**A. Trustee's Motion for an Order, Pursuant to Fed. R. Bankr. P. 2004: (I) Authorizing the Trustee to Examine (A) Credit Reporting Agencies Trans Union LLC, Equifax Inc., and Experian, (B) Abacus Credit Counseling, (C) the Taxing Authorities the Internal Revenue Service and the State of New York, and (D) Any Financial Institutions Where the Debtor or his Spouse, Yocheved Segal, have Maintained Financial Accounts; (II) Authorizing the Examinees to Turn Over Confidential Information Concerning the Debtor to the Trustee; and (III) Establishing Expedited Procedures for the Trustee to Obtain Further Authorization to Conduct Examinations [Docket No. 44] (Filed January 10, 2014)**

Related Documents:

1. Trustee Affidavit of Service [Docket No. 48] (Filed January 14, 2014)

2. Debtor's Objection [Docket No. 52] (Filed January 29, 2014)

3. Trustee's Reply to the Debtor's Objection [Docket No. 56] (Filed February 7, 2014)

    a. Trustee's Affidavit of Service [Docket No. 57] (Filed February 10, 2014)

4. Notice of Adjournment of Hearings from February 25, 2014 to April 1, 2014 at 12:00 p.m. [Docket No. 60] (Filed February 18, 2014)

5. Letter Requesting (1) mediation; (2) adjournment of all matters; and (3) extension of time to file responses to the Trustee's Motions [Docket No. 73] (Filed March 28, 2014)

6. Amended Notice of Motion with Hearing on March 12, 2015 [Docket No. 168] (February 2, 2015)

    a. Affidavit of Service [Docket No. 179] (Filed February 10, 2015)

7. Objection of Herman Segal, Debtor, to Motion [Docket No. 181] (Filed March 2, 2015)

8. Trustee's Reply to Debtor's Objection [Docket No. 193] (Filed March 9, 2015)

9. Order Authorizing the Trustee to Examine Financial Institutions where Yocheved Segal Maintains Accounts, but reserving on issue of tax returns [Docket No. 205] (Entered March 23, 2015)

Status: This matter has been held by the Court pending determination of the tax return issues.

**B.   Trustee's Motion for Entry of Orders, Pursuant to 11 U.S.C. §§ 105(a), 521(a)(4) and 542(e), Fed. R. Bankr. P. 2004(c) and 9016, and Fed. R. Civ. P. 45(d)(2) and (e): (I) Compelling the Debtor and Yocheved Segal to Produce Documents Pursuant to this Court's December 5, 2013 Order and the Trustee's Subpoenas Issued Pursuant to this Court's November 21, 2013 Order, (II) Holding the Debtor in Contempt of this Court's December 5, 2013 Order, and the Debtor and Yocheved Segal in Contempt of the Subpoenas, and (III) Imposing Appropriate Sanctions Against the Debtor and Yocheved Segal to Discourage Their Contemptuous Behavior and Obtain Compliance with this Court's Orders [Docket No. 66] (Filed March 6, 2014)**

Related Documents:

1.  Order Authorizing Trustee to Conduct an Examination of the Debtor and Yocheved Segal [Docket No. 31] (Filed November 21, 2013)

2.  Order Granting Motion to Compel and Directing and Ordering Debtor to File with the Court and Provide the Trustee with Schedules and Documents by no Later than Seventeen (17) Days Following the Entry of this Order [Docket No. 37] (Filed December 5, 2013)

3.  Trustee's Affidavit of Service [Docket No. 69] (Filed March 7, 2014)

4.  Amended Notice of Hearing Changing Hearing Time From 11:00 a.m. to 12:00 p.m. [Docket No. 70] (Filed March 11, 2014)

    a.  Trustee's Affidavit of Service [Docket No. 71] (Filed March 11, 2014)

5.  Letter Requesting (1) mediation; (2) adjournment of all matters; and (3) extension of time to file responses to the Trustee's Motions [Docket No. 73] (Filed March 28, 2014)

6.  Amended Notice of Hearing on Motion [Docket No. 169] (Filed February 2, 2015)

    a.  Affidavit of Service [Docket No. 179] (Filed February 10, 2015)

7.  Objection of Herman Segal, Debtor [Docket No. 183] (Filed March 2, 2015)

8.  Supplemental Statement of the Trustee in Support of his Motion along with Revised Proposed Order [Docket No. 217] (Filed April 30, 2015)

    9.    Additional Objection by Herman Segal [Docket No. 222] (Filed May 11, 2015)

Status:  This matter is going forward.  A revised proposed order has been filed.

**C.**    **Trustee's Motion Authorizing the Trustee to Make Forensic Images of All Electronic Devices Owned, Used or Controlled by Debtor [Docket No. 219] (Filed April 30, 2015)**

Related Documents:

    1.    Affidavit of Service [Docket No. 220] (Filed May 1, 2015)

    2.    Objection of Herman Segal, Debtor [Docket No. 223] (Filed May 11, 2015)

Status:  This matter is going forward.

Dated:  New York, New York
         May 13, 2015

         **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By:  */s/ Fred Stevens*
     Fred Stevens
     570 Seventh Avenue, 17th Floor
     New York, New York 10018
     Tel: (212) 972-3000
     Fax: (212) 972-2245
     Email: fstevens@klestadt.com

     *Special Counsel to Richard E. O'Connell, as Chapter 7 Trustee*