# Fred Stevens

| | |
|---|---|
| **From:** | Herman Segal <segalherman@gmail.com> |
| **Sent:** | Friday, May 29, 2015 3:47 PM |
| **To:** | Fred Stevens |
| **Subject:** | 13-45519 |

Sir,

Thank you for the CD of my bank records that you sent me.

As regards my 5th Amendment rights & privilege; I have reviewed the list of 29 Document Requests in your January 10, 2014 Subpoena (Document 66-2 filed 3/06/14). Although an argument could be made that some of the documents are privileged, I elect not to claim the privilege as it relates to those requested Documents and hope to have everything on the list to you, by Friday the next.

As I have no way of contacting the Court, I am letting you know, and trust that you will convey my intent to the Honorable Justice Lord.

I will, G-d willing, have the requested Documents at your office by 5:00 PM on June 5th, 2015.

Herman