August 15, 2013

I, HARRY EINHORN, hereby sell to Elliot Galpern all of my right, title and interest in Eagle Park Holding LLC for $275,000.00, and represent that I own one hundred (100%) percent of the interest in Eagle Park Holding LLC free and clear of all liens and encumbrances.

Dated: August 15, 2013

_____
Harry Einhorn