**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
570 Seventh Avenue, 17th Floor
New York, NY 10018
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Fred Stevens

*Special Counsel to Richard E. O'Connell,*
  *Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
In re                                              :
                                                   :       Chapter 7
HERMAN SEGAL,                                      :
                                                   :       Case No. 13-45519 (NHL)
                        Debtor.                    :
------------------------------------------------------------x

**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF TRUSTEE'S**
**APPLICATION FOR AN ORDER, PURSUANT TO FED. R. BANKR. P. 2004,**
**AUTHORIZING THE TRUSTEE TO CONDUCT CERTAIN EXAMINATIONS**
**AS AGAINST THE FOLLOWING PROPOSED EXAMINEES ONLY: (I) SDF 47**
**RYERSON STREET LLC & (II) MADISON REALTY CAPITAL, L.P**

**PLEASE TAKE NOTICE** that on June 19, 2015, Richard E. O'Connell, the Chapter 7 Trustee (the "Trustee") for the estate of Herman Segal (the "Debtor"), filed an application (the "Application") for entry of an order authorizing the Trustee to examine (i) 11-45 Ryerson Holding LLC, (ii) Chaim Miller a/k/a Harry Miller, (iii) Sam Sprei and (iv) 29 Ryerson Street LLC (the "Non-Objecting Examinees"), as well as (a) SDF47 Ryerson Street LLC and (b) Madison Realty Capital, L.P. (collectively, the "Objecting Examinees"), and requiring each to appear for an examination and/or produce and allow the inspection of documents, pursuant to Fed. R. Bankr. P. 2004 [Docket No. 234].

*[Continued on next page]*

2

**PLEASE TAKE FURTHER NOTICE** that the Trustee hereby voluntarily withdraws the Application, without prejudice, with respect to the Objecting Examinees only, and accordingly, the hearing scheduled on the Application and the Objecting Examinees' objection thereto for July 21, 2015, at 2:00 p.m. is cancelled.

Dated:  New York, New York
        July 13, 2015

                              **KLESTADT WINTERS JURELLER**
                              **SOUTHARD & STEVENS, LLP**

                    By:  */s/ Fred Stevens*
                         Fred Stevens
                         570 Seventh Ave., 17th Floor
                         New York, New York 10018
                         Tel: (212) 972-3000
                         Fax: (212) 972-2245
                         Email: fstevens@klestadt.com

                         *Special Counsel to Richard E. O'Connell, the Chapter 7 Trustee of the Estate of Herman Segal*