Hearing Date and Time: July 21, 2015 at 2:00 p.m. (EST)

LeCLAIRRYAN, a Professional Corporation
885 Third Avenue, Sixteenth Floor
New York, New York 10022
Telephone: (212) 430-8032
Facsimile: (212) 430-062
Michael T. Conway, Esq.
Email: michael.conway@leclairryan.com

and

LAZARE POTTER & GIACOVAS LLP
875 Third Avenue, 28th Floor
New York, New York 10022
Telephone: (212) 758-9300
Facsimile: (212) 888-0919
Anna Pia D. Nicolas, Esq.
Email: anicolas@lpgllp.com

Attorneys for *Annette Kleinfeld and Alma Kim Green*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
_____

|  |  |
|---|---|
| In re | |
| | Chapter 7 |
| HERMAN SEGAL, | |
| | Case No. 13-45519 (NHL) |
| Debtor. | |

_____

**JOINDER OF ANNETTE KLEINFELD AND ALMA KIM GREEN IN THE OBJECTION OF RICHARD E. O'CONNELL, AS CHAPTER 7 TRUSTEE FOR THE DEBTOR OF THE ESTATE OF HERMAN SEGAL TO THE MOTION OF TOWER CAPITAL MANAGEMENT, LLC AS SERVICER FOR NYCTL 2014-A TRUST AND THE BANK OF NEW YORK AS COLLATERAL AGENT AND CUSTODIAN FOR RELIEF FROM THE AUTOMATIC STAY**

Annette Kleinfeld and Alma Kim Green (together, the "Joinder Parties"), by and through their counsel, LeClairRyan, a Professional Corporation, respectfully submit this Joinder in the objection filed by Richard E. O'Connell (the "Trustee"), as Chapter 7 Trustee for the debtor of the Estate of Herman Segal ("Debtor") to the Motion of Tower Capital Management, LLC as

Servicer for NYCTL 2014-A Trust and The Bank of New York as Collateral Agent and Custodian for Relief from the Automatic Stay (the "Objection") [Docket No. 246].

The Joinder Parties adopt and incorporate herein by reference all of the arguments and authorities contained in the Objection. In connection with this Joinder, the Joinder Parties reserve their right to be heard at any hearing on this matter on the grounds set forth in the Objection.

Dated: New York, New York
July 16, 2015

                                LeCLAIR RYAN, a Professional Corporation

                                By:  /s/  Michael T. Conway
                                    Michael T. Conway
                                    830 Third Avenue, Fifth Floor
                                    New York, New York 10022
                                    Telephone:  (212) 430-8032
                                    Facsimile:  (212) 430-8062

# CERTIFICATE OF SERVICE

I, MICHAEL T. CONWAY, an attorney duly admitted to the practice of law in this state, certify the following to be true under the penalties of perjury: on July 16, 2015, I served the foregoing **JOINDER OF ANNETTE KLEINFELD AND ALMA KIM GREEN IN THE OBJECTION OF RICHARD E. O'CONNELL, AS CHAPTER 7 TRUSTEE FOR THE DEBTOR OF THE ESTATE OF HERMAN SEGAL TO THE MOTION OF TOWER CAPITAL MANAGEMENT, LLC AS SERVICER FOR NYCTL 2014-A TRUST AND THE BANK OF NEW YORK AS COLLATERAL AGENT AND CUSTODIAN FOR RELIEF FROM THE AUTOMATIC STAY** on all parties that have appeared in this action by ECF service.

Dated: New York, New York
       July 16, 2015

                                                           /s/ Michael T. Conway
                                                           Michael T. Conway