HERMAN SEGAL, PRO SE
4115 QUENTIN RD.
BROOKLYN, NY 11234

Hearing Date: July 21, 2015
Hearing Time: 2:00 PM

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
IN RE:
HERMAN SEGAL,   Case # 13-45519   nhl
Debtor
-------------------------------------------------------X

### DEBTOR'S OBJECTION TO TRUSTEE'S MOTION TO HOLD ME IN CONTEMPT FOR VIOLATING THIS COURT'S ORDER DATED FEBRUARY 8th 2015, AND PUNISHING SUCH CONTEMPT WITH APPROPIATE SANCTIONS.

TO THE TRUSTEE, COUNSEL TO THE TRUSTEE, AND THE UNITED STATES TRUSTEE:

**TO THE HONORABLE NANCY HERSHEY LORD, UNITED STATES BANKRUPTCY JUDGE:**

Debtor, Herman Segal, hereby objects to the granting of said application on the following grounds:

1. The Trustee, through his counsel, Fred Stevens, asks the Court to inter-alia hold me in Contempt for "interfering" with the February 8th "sale order" of 2179 East 33rd Street. As the order states, there was, and still is, no objection by me.

2. The order was a Stipulation between the Trustee and Elliot Galpern for Eagle Park Holding, LLC regarding the premises 2179 E 33 Street in Brooklyn...

3. There was nothing in the order a) directing me **to do** anything pro-actively, and nothing in the order directing me **to desist** from doing anything related to this transaction.

4. Furthermore, I doubt that the Court would issue an order that would restrict me from exercising any rights that I would ordinarily have; by way of example, the Court has stated that I am allowed to notify my attorneys that I am not waiving

Attorney / Client Privilege, and I assume that the same would hold true for any other rights that I would like to assert.

5. For the Trustee's Counsel to claim that by going to Landlord / Tenant Court and helping the Tenant at the premises I "interfered" with the Court's order shows that he has a total ignorance of the law.

6. The Trustee is attempting to take away my 1st Amendment rights to free speech. He wishes to take away my Constitutional rights of whom I may associate with.

7. Apparently, according to the Trustee, not only must I allow myself to be dragged through a bankruptcy that I did not ask for, but I am not allowed to protest! Will the Trustee ask for sanctions against me and will he ask that I be held in contempt, if I appeal any of the rulings against me because I am "interfering" with my abusers? If I get an attorney to represent me, am I interfering with the trustee's attempts to take away any assets I own? It is a totally bizarre argument to make, that by exercising my lawful rights, I should be held in contempt for interfering with the Trustee's and his Counsel's conspiracy to enrich themselves at my (and the few creditors) expense.

8. Mr. Stevens' use of hyperbole such as "The Occupants and Debtor are testing this Court to see just how much contemptuous behavior this Court will tolerate", (Page 2, Paragraph 1. Of the Motion), and "The Occupants are playing games and having a laugh at this Court's ………", in an attempt to avoid addressing the facts and the law, is non-professional. He attempts to convince the Court by his shrill invective because neither the factual events nor the legal conclusions are to his liking.

WHEREFORE, debtor respectfully requests and prays that the Trustees application be denied; and the Trustee precluded from threatening to hold me in contempt for exercising my Constitutional rights.

DATED:    Brooklyn, New York
          July 14th, 2015

Respectfully submitted,

_____
Herman Segal, Pro Se
4115 Quentin Road
Brooklyn, NY 11234
Tel. 917 750 8120

Copies sent via E mail and Regular US mail and filed with the Bankruptcy Trustee and a courtesy copy was also delivered to Judge Lord's chambers

Richard E. O'Connell, Chapter 7 Trustee
Fred Stevens, Special Counsel to the Trustee
Maeghan J. McLoughlin, Esq.

At their addresses of record as listed on the previous papers filed in this case.

_____
Herman Segal
July 14th 2015