**KLESTADT WINTERS JURELLER**　　　**Hearing Date: August 27, 2015**
  **SOUTHARD & STEVENS, LLP**　　　**Hearing Time: 3:00 p.m. (EST)**
570 Seventh Avenue, 17th Floor
New York, NY 10018
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Fred Stevens
Maeghan J. McLoughlin

*Special Counsel to Richard E. O'Connell,*
   *Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re                                    :
                                         :         Chapter 7
HERMAN SEGAL,                            :
                                         :         Case No. 13-45519 (NHL)
                    Debtor.    :
-----------------------------------------------------------x

**NOTICE OF AGENDA FOR HEARINGS**
**SCHEDULED FOR THURSDAY, AUGUST 27, 2015**

Time and Date of Hearing:   **August 27, 2015** at **3:00 p.m.** (prevailing Eastern Time) (the "Hearing").

Location of Hearing:   Courtroom of the Honorable Nancy Hershey Lord, United States Bankruptcy Judge, United States Bankruptcy Court for the Eastern District of New York, 271 Cadman Plaza East, Brooklyn, New York 11201-1800

Copies of Pleadings:   A copy of each of the pleadings may be viewed on the Court's website at www.ecf.nyeb.uscourts.gov

**I.   UNCONTESTED MATTERS**

   **A.**  <u>**O'Connell v. Kolp, et al.**</u>**, Adv. Pro. No. 14-1140 (NHL)** – Adversary Proceeding Seeking (I) Turnover of Real Property at 4115 Quentin Road, (II) Authority to Sell Yocheved Segal's Undivided Interest, if any, (III) Determination of the Extent, Validity and Priority of all Liens Against Property, (IV) Avoidance of Certain Liens and Fraudulent Conveyances, (V) Carve-Out of Mortgages for Trustee's Fees and Costs in Disposing of Property, and (VI) Objection to Claims – Pretrial Conference

      <u>Related Documents</u>:

1. Trustee's Complaint [14-1140 Docket No. 1] (Filed October 22, 2014)

    a. Summons [14-1140 Docket No. 2] (Filed October 23, 2014)

    b. Affidavit of Service re Service on Domestic and International Defendants [14-1140 Docket No. 6] (Filed October 30, 2014)

    c. Supplemental Affidavit of Service re Service on Domestic and International Defendants [14-1140 Docket No. 7] (Filed October 31, 2014)

    d. Notice of Dismissal Without Prejudice Against Defendants First Financial Equities, Inc., GMAC Mortgage, LLC and Bank of America, N.A., Only [14-1140 Docket No. 15] (Filed December 16, 2014)

    e. Answer to Complaint by Dov Buzaglo, Chaim Israel Horvitz, Baruch Klein, Avigdor Landesman, Betzalel Shmuely, Gilad Shteingart, Eliezer Silber, Dov Skibin, David Zeev [14-1140 Docket No. 48] (Filed May 7, 2015)

    **DEFAULTS:** Shlomo Kolp (Judgment Entered January 31, 2015 [Docket No. 29]); Herman Segal (Judgement Entered August 7, 2015 [Docket No. 60]); Yitzchok Ovadia; Moshe Meshulvin (Motion to be filed pending confirmation of publishing requirement in Israeli newspaper)

2. Yocheved Segal's Answer to Complaint with Counterclaim and Cross-Claims [14-1140 Docket No. 33] (Filed February 19, 2015)

    a. Trustee's Answer to Counterclaims of Yocheved Segal with Affirmative Defenses [14-1140 Docket No. 41] (Filed March 4, 2015)

    b. Annette Kleinfeld's and Alma Kim Green's Answer to Cross-Claims [14-1140 Docket No. 44] (Filed March 11, 2015)

    c. Answer to Cross-claim of Yocheved Segal by Dov Buzaglo, Chaim Israel Horvitz, Baruch Klein, Avigdor Landesman, Betzalel Shmuely, Gilad Shteingart, Eliezer Silber, Dov Skibin, David Zeev [14-1140 Docket No. 49] (Filed May 7, 2015)

    **DEFAULTS:** Yitzchok Ovadia; Moshe Meshulvin

3. Annette Kleinfeld's and Alma Kim Green's Answers, Affirmative Defenses, Counterclaims and Cross-Claims [14-1140 Docket Nos. 45] (Filed March

13, 2015)

    a. Trustee's Answer to Counterclaim of Annette Kleinfeld and Alma Kim Green [14-1140 Docket No. 46] (Filed March 13, 2015)

    b. Answer to Cross-claim of Annette Kleinfeld and Alma Kim Green by Dov Buzaglo, Chaim Israel Horvitz, Baruch Klein, Avigdor Landesman, Betzalel Shmuely, Gilad Shteingart, Eliezer Silber, Dov Skibin, David Zeev [14-1140 Docket No. 50] (Filed May 7, 2015)

**DEFAULTS**: Shlomo Kolp; Herman Segal; Yocheved Segal; Yitzchok Ovadia; and Moshe Meshulvin

4. Cross-Claims by Dov Buzaglo, Chaim Israel Horvitz, Baruch Klein, Avigdor Landesman, Betzalel Shmuely, Gilad Shteingart, Eliezer Silber, Dov Skibin, David Zeev against Yocheved Segal [14-1140 Docket No. 48] (Filed May 7, 2015)

Status: The status conference is going forward. Current discovery deadlines: Discovery completion by Sept. 10, 2015; Joint Pretrial Memorandum due by Oct. 15, 2015. Trustee intends to seek extension of discovery deadlines to provide for compliance with subpoena to Shlomo Kolp and Robert Teitelbaum. Trustee also intends to discuss moving forward with sale of Property.

**B. Grunfeld v. O'Connell, et al., Adv. Pro. No. 14-1224 (NHL) – Adversary Proceeding Seeking, Among Other Things, Determination of Who Holds Title to Debtor's Cooperative Apartment in Miami Beach – Pretrial Conference**

Related Documents:

1. Grunfeld's Complaint [14-1224 Docket No. 1] (Filed December 3, 2014)

    a. Summons [14-1224 Docket No. 2] (Filed December 4, 2014)

    b. Summons Served Certificate of Service [14-1224 Docket No. 3] (Filed December 12, 2014)

    c. Answer of Robert Steinherz [14-1224 Docket No. 11] (Filed January 9, 2015)

    d. Answer of The Esquire House of M.B., Inc. [14-1224 Docket No. 21] (Filed February 6, 2015)

    e. Answer by Yocheved Segal [14-1224 Docket No. 30] (Filed March 2, 2015)

**DEFAULTS:** Herman Segal

2. Trustee's (I) Answer to Grunfeld's Complaint with Affirmative Defenses; (II) Counterclaims Against Grunfeld; (III) Cross-Claims Against Herman Segal, Yocheved Segal and Robert Steinherz; and (IV) Third-Party Complaint Against Darylann Demino and John and Jane Does [14-1224 Docket No. 6] (Filed January 5, 2015)

   a. Notice of Deadline to Answer Counterclaims and Cross-Claims [14-1224 Docket No. 7] (Filed January 6, 2015)

   b. Third Party Summons Issued on Darylann Demino and John and Jane Does [14-1224 Docket No. 8] (Filed on January 7, 2015)

   c. Answer to Counterclaims by Larry Grunfeld [14-1224 Docket No. 15] (Filed January 27, 2015)

   d. Answer to Crossclaims by Robert Steinherz [14-1224 Docket No. 19] (Filed February 5, 2015)

**DEFAULTS:** Herman Segal, Darlyann Demino and John and Jane Does of the Miami Coop.

3. Yocheved Segal's Answer, Counterclaims and Cross-Claims [14-1224 Docket No. 30] (Filed March 2, 2015)

   a. Trustee's Answer to Cross-Claims of Yocheved Segal [14-1224 Docket No. 31] (Filed March 4, 2015)

   b. Larry Grunfeld's Answer to Counterclaim [14-1224 Docket No. 36]

Status: This matter is going forward. Discovery deadline of Sept. 2, 2015, and Pretrial conference memo due Oct. 2, 2015. Trustee intends to seek short extension of those deadlines to allow for the court-ordered deposition of Robert Teitelbaum on Sept. 30, 2015 and the deposition of Larry Grunfeld.

## II. CONTESTED MATTERS

**A. Trustee's Motion Authorizing the Trustee to Make Forensic Images of All Electronic Devices Owned, Used or Controlled by Debtor [Docket No. 219] (Filed April 30, 2015)**

Related Documents:

1. Affidavit of Service [Docket No. 220] (Filed May 1, 2015)

4

2. Objection of Herman Segal, Debtor [Docket No. 223] (Filed May 11, 2015)

3. Supplemental Statement of Trustee in Support of Motion [Docket No. 257] (Filed July 24, 2015)

4. Order Authorizing Trustee to Make Forensic Images of Electronic Devices and Establishing Procedures for Use [Docket No. 260] (Filed July 31, 2015)

5. Trustee's Ex-Parte Motion to Compel Compliance with the Imaging Order [Docket No. 264] (Filed August 12, 2015)

6. Second Order Authorizing Trustee's Use of Forensic Images [Docket No. 265] (Filed August 14, 2015)

7. Trustee's Application Requesting Status Conference on Imaging Orders and Entry of Order Expanding Imaging Orders to Include Storage Devices and Access to Web Applications [Docket No. 266] (Filed August 24, 2015)

Status: The status hearing is going forward.

**B. Trustee's Motion for an Order: (I) Compelling Victoria Prestino and Roderick Reyes to Comply with the Trustee's Subpoenas, (II) Compelling Prestino and Reyes to Turn Over the Property Known as 2179 East 33rd Street, Brooklyn, New York, to the Trustee, and (III) Holding Prestino, Reyes and Debtor in Contempt of this Court's February 8, 2015 Order at Docket No. 176 and Punishing Such Contempt with Appropriate Sanctions [Docket No. 237] (Filed July 3, 2015)**

Related Documents:

1. Proposed form of Order [Docket No. 237-7]

2. Notice of Hearing [Docket No. 237-8]

3. Affidavit of Service [Docket No. 238] (Filed July 7, 2015)

4. Court's Order Finding Ownership in the Property and Directing its Sale Pursuant to Terms of Order [Docket No. 176] (Filed February 8, 2015)

5. Court's Order Authorizing the Examination of Roderick Reyes and Victoria Prestino [Docket No. 227] (Filed May 16, 2015)

6. Objection of Reyes and Prestino to Motion to Compel [Docket No. 244] (Filed July 15, 2015)

    a. Exhibit to Objection [Docket No. 245] (Filed July 15, 2015)

Status:  This matter is going forward.

**C.** **<u>Victoria Prestino and Roderick Reyes v. Richard E. O'Connell, as Trustee, and Eagle Park Holding, LLC</u>, Adv. Pro. No. 15-01076 (NHL) – Trustee's Motion to Dismiss Complaint [Docket No. 8] (Filed July 31, 2015)**

<u>Related Documents</u>:

1. Complaint [15-1076 Docket No. 1] (Filed June 29, 2015)

    a. Answer to Complaint by Eagle Park Holdings, LLC [15-1076 Docket No. 7] (Filed July 23, 2015)

2. Summons and Notice of Pretrial Conference [15-1076 Docket No. 4]

3. Response to Motion to Dismiss [15-1076 Docket No. 10] (Filed August 24, 2015)

4. Court's Order Finding Ownership in the Property and Directing its Sale Pursuant to Terms of Order [Docket No. 176] (Filed February 8, 2015)

5. Court's Order Authorizing the Examination of Roderick Reyes and Victoria Prestino [Docket No. 227] (Filed May 16, 2015)

6. Objection of Reyes and Prestino to Motion to Compel [Docket No. 244] (Filed July 15, 2015)

Status:  The Motion to Dismiss and Pretrial Conference are going forward.

*[Continued on next page]*

Dated: New York, New York
       August 26, 2015

**KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP**

By: */s/ Fred Stevens*
Fred Stevens
570 Seventh Avenue, 17th Floor
New York, New York 10018
Tel: (212) 972-3000
Fax: (212) 972-2245
Email: fstevens@klestadt.com

*Special Counsel to Richard E. O'Connell, as Chapter 7 Trustee*