**KLESTADT WINTERS JURELLER**      **Hearing Date:  January 16, 2019**
  **SOUTHARD & STEVENS, LLP**     **Hearing Time:  3:00 p.m. (EST)**
200 West 41st Street, 17th Floor
New York, New York 10039-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Fred Stevens

*Special Counsel to David J. Doyaga,*
   *Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------x
In re                                               :
                                                    :      Chapter 7
HERMAN SEGAL,                       :
                                                    :      Case No. 13-45519 (NHL)
                           Debtor.          :
---------------------------------------------------------x

**NOTICE OF AGENDA FOR HEARINGS**
**SCHEDULED FOR WEDNESDAY, JANUARY 16, 2019**

Time and Date of Hearing:     **January 16, 2019** at **3:00 p.m.** (prevailing Eastern Time) (the "Hearing").

Location of Hearing:     Courtroom of the Honorable Nancy Hershey Lord, United States Bankruptcy Judge, United States Bankruptcy Court for the Eastern District of New York, 271 Cadman Plaza East, Brooklyn, New York 11201-1800

Copies of Pleadings:     A copy of each of the pleadings may be viewed on the Court's website at www.ecf.nyeb.uscourts.gov

**I. CONTESTED MATTERS**

**A. Trustees Motion for An Order Pursuant to Fed. R. Bankr. P. 9019 Approving a Stipulation of Settlement and Mutual Release Between (I) The Trustee and (II) (A) Chaim Miller, A/K/A Harry Miller, (B) Sam Sprei, A/K/A Shimmy Sprei and (C) 11-45 Ryerson Holdings, LLC [Docket No. 454] (Filed December 21, 2018)**

Tentative Agenda No. on Court's Agenda:     ___
Actual Agenda No. on Court's Agenda:     ___

1

Related Documents:

1. Stipulation of Settlement [Docket No. 454-1] (Filed December 21, 2018)

2. Proposed Order [Docket No. 454-2] (Filed December 21, 2018)

3. Notice of Hearing [Docket No. 454-3] (Filed December 21, 2018)

4. Affidavit of Service re Doc 454 [Docket No. 455] (Filed December 21, 2018)

<u>Status</u>:  This matter is going forward.

**B. Pretrial Conferences in the Following Adversary Proceedings Commenced September 9, 2015**

   **1. Adversary Proceedings Assigned to Mediation – These matters are going forward for status reports.**

      **a. Doyaga v. Rosenfeld; Adv. Pro. No. 15-1157**

         i. Tentative Agenda No. on Court's Agenda – ___

        ii. Actual Agenda No. on Court's Agenda - ___

       iii. Mediation Order Entered on February 2, 2017

       iv. Fifth Pretrial Scheduling Order Entered on February 7, 2017

      **b. Doyaga v. 567 Warren St. LLC, et al.; Adv. Pro. No. 15-1135**

         i. Tentative Agenda No. on Court's Agenda – ___

        ii. Actual Agenda No. on Court's Agenda - ___

       iii. Mediation Order Entered on February 2, 2017

      **c. Doyaga v. 11-45 Ryerson Holdings LLC, et al.; Adv. Pro. No. 15-1205**

         i. Tentative Agenda No. on Court's Agenda – ___

        ii. Actual Agenda No. on Court's Agenda - ___

       iii. Mediation Order Entered on August 6, 2018

       iv. Trustee's Motion for an Order Pursuant to Fed. R. Bankr. P. 9019 [Docket No. 454]

    **d.**     **Carl Caller v. Lincoln Life Insurance Company, Adv. Pro. No. 15-01192 (NHL)**

        i. Tentative Agenda No. on Court's Agenda – ___

        ii. Actual Agenda No. on Court's Agenda - ___

        iii. Mediation Order Entered on February 2, 2017

2. **Adversary Proceedings Where Answer was Filed and Scheduling Order has been Entered or Should be Entered**

    **a.**     **Doyaga v. Yocheved Segal; Adv. Pro. No. 15-1136**

        i. Tentative Agenda No. on Court's Agenda – ___

        ii. Actual Agenda No. on Court's Agenda - ___

        iii. Pretrial Scheduling Order Entered on February 12, 2016 at Docket No. 11

Dated:   New York, New York
           January 16, 2019

                              **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By:   */s/Fred Stevens*
      Fred Stevens
      200 West 41st Street, 17th Floor
      New York, New York 10036-7203
      Tel: (212) 972-3000
      Fax: (212) 972-2245
      Email: fstevens@klestadt.com

      *Counsel to David J. Doyaga, as Chapter 7 Trustee*