

80-02 Kew Gardens Road,
Suite 600
Kew Gardens, NY 11415
Tel  718.263.6800
Fax 718.520.9401

Alexander Shiryak, Esq.
Dustin Bowman, Esq.
Mark Anderson, Esq.
Navpreet Gill, Esq.
Alexander Kadochnikov, Esq.

Btzalel Hirschhorn, Esq.
Matthew J. Routh, Esq.
Andreas E. Christou, Esq.

November 12, 2019

Hon. Nancy Hershey Lord
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

RE: *IN RE*: Herman Segal, 13-45519 (NHL)

Dear Judge Lord:

Our office represents Interested Party Quentin Manor, LLC, in the above referenced proceeding. Pursuant to the Court's instructions, on November 5, 2019, I personally circulated a copy of the proposed order granting Quentin Manor, LLC's motion to confirm the absence of the automatic stay to the Debtor, the United States Trustee, and counsel for the Chapter 7 Trustee. Counsel for the Chapter 7 Trustee indicated that the Trustee had no objection to the proposed order. No response was received either from the United States Trustee or from the Debtor.

Accordingly, on November 12, 2019, the proposed order was submitted to the Court via ECF.

Very truly yours,
SHIRYAK, BOWMAN, ANDERSON, GILL & KADOCHNIKOV, LLP

 /S/ Btzalel Hirschhorn
By:  Btzalel Hirschhorn, Esq.

*Cc via email and first class mail:*
Herman Segal
segalherman@gmail.com
4115 Quentin Road
Brooklyn, New York

*Via Email*:
United States Trustee
USTPRegion02.BR.ECF@usdoj.gov

Chapter 7 Trustee David Doyaga
david.doyaga.sr@gmail.com

Fred Stevens, attorney for Chapter 7 Trustee
fstevens@klestadt.com