

80-02 Kew Gardens Road,
Suite 600
Kew Gardens, NY 11415
Tel  718.263.6800
Fax 718.520.9401
www.SBAGK.com

| | |
|---|---|
| Alexander Shiryak | Btzalel Hirschhorn |
| Dustin Bowman | Matthew J. Routh |
| Mark Anderson | Andreas E. Christou |
| Navpreet Gill | Nicole Tobin |
| Alexander Kadochnikov | Nicholas Neocleous |

December 4, 2019

Herman Segal
4115 Quentin Road
Brooklyn, NY 11234

**RE: In Re Herman Segal (1-13-45519-nhl)**

Dear Mr. Segal:

This office represents Interested Party Quentin Manor LLC in the above-captioned bankruptcy case. Please be advised pursuant to the attached order, and motion enclosed herein, a hearing is set for **December 18, 2019 at 10:30 a.m.** before the Honorable Nancy Hershey Lord, United States Bankruptcy Court for the Eastern District of New York, located at 271C Cadman Plaza East, Courtroom 3577, Brooklyn, New York 11201.

Thank you.

Best,

_____/s/ Btzalel Hirschhorn_____
Btzalel Hirschhorn, Esq.

*CC Via ECF, Email and/or First Class Mail:*
David J. Doyaga, Chapter 7 Trustee
Fred Stevens, Attorney for Chapter 7 Trustee
Office of the United States Trustee
All Parties Filing Notice of Appearance